The People of the State of New York, Respondent,
against
Min Chen, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Anthony J. Ferrara, J.), rendered February 11, 2014, after a nonjury trial, convicting her of unlicensed general vending and failure to display a valid vendor's license, and imposing sentence.




Per Curiam.
Judgment of conviction (Anthony J. Ferrara, J.), rendered February 11, 2014, reversed, on the law, accusatory instrument dismissed, and fine and surcharge, if paid, remitted.
Reversal of the judgment convicting defendant of unlicensed general vending and failure to display a valid vendor's license is mandated since, as the People concede, the allegations in the accusatory instrument were jurisdictionally insufficient to meet the elements of the charged crime of unlicensed general vending (see People v Yuxi Zhang, 53 Misc 3d 138[A], 2016 NY Slip Op 51494[U] [App Term, 1st Dept 2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 14, 2017